**ZIMMERMAN REED LLP**
Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

**ZIMMERMAN REED LLP**
Michael J. Laird (*Pro Hac Vice*)
Email: michael.laird@zimmreed.com
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.S., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>FUJIFILM IRVINE SCIENTIFIC, INC., et al.,<br><br>   Defendants. | CASE NO.: 8:24-cv-02589-AH-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO: THE HONORABLE COURT AND ALL PARTIES OF RECORD**

Plaintiff K.S., by and through her counsel of record and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her claims against Fujifilm Irvine Scientific, Inc., and Fujifilm Holdings America Corp. with prejudice. Regarding the class claims, Plaintiff hereby dismisses Fujifilm Irvine Scientific, Inc. and Fujifilm Holdings America Corp. without prejudice. As all claims are being dismissed, this case can be closed with each party to bear its own cost and fees.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1

Dated: August 7, 2025

Respectfully submitted,

**ZIMMERMAN REED LLP**

By: /s/ Caleb Marker
Caleb Marker
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax (877) 500-8781
caleb.marker@zimmreed.com

Michael J. Laird (*Pro Hac Vice*)
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax (612) 341-0844
Michael.laird@zimmreed.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 7, 2025, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Caleb Marker